

52 Duane Street – 7th Floor – New York, New York 10007
Telephone • 917-533-5965 • Email: emacedonio@Yahoo.com

July 14, 2024

**Electronically Filed**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                         Re: United States v. Otufale and Lazarre
                                24 Cr. 170 (KAM)

Dear Judge Matsumoto:

    I write to advise the Court and the parties that Mr. Otufale intends to plead guilty to the charges contained in the Indictment tomorrow at 9 in the morning.

                                          Respectfully submitted,
                                          ***Elizabeth E. Macedonio***
                                          Elizabeth E. Macedonio
                                          *Attorney for the Defendant*
                                          *Olabanji Otufale*

All Parties - Via ECF