The Law Office of James M. Branden<br>
80 Bay Street Landing, Suite 7J<br>
Staten Island, New York 10301<br>
Tel. 212-286-0173<br>
Fax 212-481-8250

July 14, 2024

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Olabanji Otufale, et ano.
             Cr. Docket No. 24-170 (KAM)

Dear Judge Matsumoto:

    I represent Marc Lazarre in the above-referenced matter.  Mr. Lazarre informed me that he intends to plead guilty to the indictment, without a plea agreement, tomorrow morning.

                              Respectfully submitted,

                              James M. Branden